IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
**KENNETH R. WEBER,**                                   Bankruptcy No 19-22111-TPA
Chapter 13
    Debtor                                       Document #

**NEW REZ, LLC d/b/a SHELLPOINT
MORTGAGE SERVICING,**                        Related document: Proof of Claim #10-2
    Movant

    VS.

**KENNETH R. WEBER,**
    Respondent

### September 4, 2020, DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT

**AND NOW** comes the Debtor/Respondent **KENNETH R. WEBER** by his attorney Susan J. Pearlstein, and respectfully states as follows:

1. The Notice of Mortgage Payment Change filed by Movant at Claim #10-2 on September 3, 2020, reflects a total monthly mortgage payment to be paid to the above secured creditor in the amount of $578.13 effective October 1, 2020.

2. No amendment to the Plan will be necessary for this change to be implemented; the total existing Chapter 13 plan payment is sufficient to pay this amount on a monthly basis.

    **Respectfully Submitted:**
    /s/ Susan J. Pearlstein, Esquire
    Susan J. Pearlstein, Esquire
    PA I.D. #28939
    525 Smithfield Street, #630
    Pittsburgh, PA  15222
    (412) 281-1766
    FAX (412) 281-4114
    suemejp@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
**KENNETH R. WEBER,**  Bankruptcy No 19-22111-TPA
Chapter 13
    Debtor  Document #

_____

**NEW REZ, LLC d/b/a SHELLPOINT
MORTGAGE SERVICING,**  Related document: Proof of Claim #10-2
    Movant

      VS.

**KENNETH R. WEBER,**
    Respondent

## **CERTIFICATE OF SERVICE**

    I, Susan J. Pearlstein, Esquire, of 535 Smithfield St. #630, Pittsburgh, PA 15222 certify upon penalty of perjury that on the 4th day of September. 2020, I served a copy of the 9/4/2020 DECLARATION THAT THE EXISTING CHAPTER 13 PLAN IS SUFFICIENT by U.S. first class mail, postage pre-paid, upon the following:

Karen A. Maxcy
McCalla   Raymer Leibert Pierce, LLC
1544 Old Alabama Rd.
Roswell, GA 30076

U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Kenneth R. Weber
2504 Sunset Drive
West Mifflin, PA  15122

Rhonda Winnecour, Trustee
By ECF

        /s/ Susan J. Pearlstein, Esquire
        Susan J. Pearlstein, Esquire
        PA I.D. #28939
        525 Smithfield Street, #630
        Pittsburgh, PA  15222
        (412) 281-1766
        FAX (412) 281-4114
        suemejp@gmail.com