IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANI

| | |
|---|---|
| IN RE: | Case No. 19-22111-TPA |
| Kenneth R. Weber<br>aka Ken Weber, aka Kenneth Weber | Chapter: 13 |
| Debtor | |
| Nicholas Bandola, | |
| Movant, | |
| v. | Hearing Date:    October 14, 2020<br>Hearing Time:    9:30 a.m. |
| KENNETH WEBER, | |
| Respondent. | Response Date:    September 14, 2020 |

## **MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Movant, Nicholas Bandola, by and through his attorneys, G. Christopher Apessos, Esquire and Friday & Cox, LLC, files the following Motion for Relief from the Automatic Stay:

1. Movant, Nicholas Bandola, is an adult individual residing in Allegheny County, Pennsylvania.

2. On or about December 16, 2016, Respondent, Kenneth R. Weber, (Debtor) while operating a motor vehicle, struck Movant, a pedestrian at the time, causing Movant severe injuries.

3. On November 27, 2018, Movant commenced an action in the Court of Common Pleas of Allegheny County, Pennsylvania at Docket No. GD 18—015538.

4. Respondent, Kenneth R. Weber, (Debtor) filed a Voluntary Petition in the United States Bankruptcy Court for the Western District of Pennsylvania for relief under Chapter 13 of Title 11 of the United States Code, docketed at 19-22111-TPA, on May 26, 2019.

5. Movant seeks relief from the automatic stay to continue to pursue the action against Debtor and his insurer, MetLife Auto & Home, claim number SLF94429, and recover any proceeds available under any insurance policy owned by the Debtor.

6. At this time, Debtor's limits of liability coverage are unknown to the movant, therefore he does not know whether there is sufficient coverage for Movant's claimed damages; however, Movant will NOT be pursuing any assets from the bankruptcy estate and will pursue only available insurance proceeds through MetLife's policy of insurance, or potentially an action against MetLife grounded in bad faith, breach of contract, or the like, upon assignment of rights from respondent as well as any applicable and available underinsured/uninsured motorist (UIM/UM) policies.

7. Movant wishes to proceed solely against the Debtor's insurance coverage and insurance proceeds currently with unknown liability limits as well as any applicable and available UIM/UM policies and shall not pursue any funds of Debtor beyond the applicable and available insurance coverage.

WHEREFORE, Movant respectfully requests that this Honorable Court grant relief from the automatic stay so that movant may proceed with his claims against the debtor, Kenneth R. Weber, in the Court of Common Pleas of Allegheny County, Pennsylvania, and satisfy such claims from applicable and available insurance coverage and policies.

        Respectfully submitted,

By: /s/ Peter D. Friday
Peter D. Friday, Esquire
G. Christopher Apessos, Esquire
Pa ID: 90908
Friday and Cox, LLC.
1405 McFarland Road
Pittsburgh, PA 15215
T: (412) 561-4290
F: (412) 561-4291

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANI

| | |
|---|---|
| IN RE: | Case No. 19-22111-TPA |
| Kenneth R. Weber<br>aka Ken Weber, aka Kenneth Weber | Chapter: 13 |
| Debtor | |
| Nicholas Bandola, | |
| Movant, | |
| v. | |
| KENNETH WEBER, | **Hearing Date:** October 14, 2020<br>**Hearing Time:** 9:30 a.m. |
| Respondent. | **Response Date:** September 14, 2020 |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2020, upon consideration of the Motion for Relief from the Automatic Stay, it is hereby **ORDERED** that the Motion is **GRANTED**.

Movant, Nicholas Bandola, may proceed with the litigation commenced in the Court of Common Pleas of Allegheny County Pennsylvania at Docket No. GD 18-015538 and any recovery therefrom shall be limited to the insurance coverage and insurance proceeds applicable and available.

BY THE COURT:

_____
J. Thomas P. Agresti

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANI

IN RE:

Kenneth R. Weber
aka Ken Weber, aka Kenneth Weber

      Debtor
_____

Nicholas Bandola,

      Movant,

v.

KENNETH WEBER,

      Respondent.

Case No. 19-22111-TPA

Chapter: 13

**Hearing Date:**    October 14, 2020
**Hearing Time:**    9:30 a.m.

**Response Date:**    September 14, 2020

**CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY, PROPOSED ORDER, AND NOTICE OF HEARING WITH RESPONSE DEADLINE**

I, G. Christopher Apessos, hereby certify that on August 28, 2020, a true and correct copy of the foregoing Motion for Relief from the Automatic Stay, Proposed Order, and Notice of Hearing With Response Deadline was served through the Court's CM/ECF system, which will send email notification of the filing to the parties listed below.

Kenneth R. Weber
c/o Susan J. Pearlstein
535 Smithfield Street, #630
Pittsburgh, PA 15222
*suemejp@gmail.com*

Ronda J. Winnecour
Chapter 13 Trustee
600 Grant Street, Suite 3250
USX Tower
Pittsburgh, PA 15219
*cmecf@chapter13trusteewdpa.com*

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*ustpregion03.pi.ecf@usdoj.gov*

R. Sean O'Connell
Robb Leonard Mulvihill LLP
BNY Mellon Center
500 Grant Street, Suite 2300
Pittsburgh, PA 15219
*soconnell@rlmlawfirm.com*

          /s/ Peter D. Friday
          Peter D. Friday, Esquire
          G. Christopher Apessos, Esquire
          Pa ID: 90908
          *capessos@fridaylaw.com*

Friday and Cox, LLC.
1405 McFarland Road
Pittsburgh, PA 15215
T: (412) 561-4290
F: (412) 561-4291