IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANI

| | |
|---|---|
| IN RE: | Case No. 19-22111-TPA |
| Kenneth R. Weber<br>aka Ken Weber, aka Kenneth Weber | Chapter: 13 |
| Debtor | |
| Nicholas Bandola, | |
| Movant, | |
| v. | |
| Kenneth R. Weber<br>aka Ken Weber, aka Kenneth Weber, | **Hearing Date:** October 14, 2020<br>**Hearing Time:** 9:30 a.m.<br><br>**Response Date:** September 14, 2020 |
| Respondent. | |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE RESPONDENT:

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **September 14, 2020**, (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **October 14, 2020**, at **9:30 a.m**. before Judge Thomas P. Agresti via Zoom Video Conference accessed by the following link: https://www.zoomgov.com/j/16021303488, or alternatively by using the following **Meeting ID: 160 2130 3488**. To join the Zoom hearing please initiate and use the link 15 minutes prior to your scheduled hearing time. *All attorneys and Parties may only appear via the Zoom Video Conference Application and must comply with the Amended Notice of Temporary Modification*

***of Appearance of Procedures Before Judge Thomas P. Agresti, as updated on June 10, 2020.***
Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

| | |
|---|---|
| Date of Service: August 28, 2020 | <u>/s/ Peter D. Friday</u> |
| | Peter D. Friday, Esquire |
| | Pa ID: 48746 |
| | G. Christopher Apessos, Esquire |
| | Pa ID: 90908 |
| | Attorneys for Movant |
| | Friday and Cox, LLC. |
| | 1405 McFarland Road |
| | Pittsburgh, PA 15215 |
| | T: (412) 561-4290 |
| | F: (412) 561-4291 |
| | *capessos@fridaylaw.com* |