IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANI

| | |
|---|---|
| IN RE: | Case No. 19-22111-TPA |
| Kenneth R. Weber<br>aka Ken Weber, aka Kenneth Weber | Chapter: 13 |
| Debtor | |
| _____ | |
| Nicholas Bandola, | |
| Movant, | |
| v. | |
| Kenneth R. Weber<br>aka Ken Weber, aka Kenneth Weber, | **Hearing Date:** October 14, 2020<br>**Hearing Time:** 9:30 a.m.<br><br>**Response Date:** September 14, 2020 |
| Respondent. | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY, PROPOSED ORDER, AND NOTICE OF HEARING WITH RESPONSE DEADLINE**

I, G. Christopher Apessos, hereby certify that on August 28, 2020, a true and correct copy of the foregoing Motion for Relief from the Automatic Stay, Proposed Order, and Notice of Hearing With Response Deadline was served through the Court's CM/ECF system, which sent email notification of the filing to the parties listed below.

| | |
|---|---|
| Kenneth R. Weber<br>c/o Susan J. Pearlstein<br>535 Smithfield Street, #630<br>Pittsburgh, PA 15222<br>*suemejp@gmail.com* | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>*ustpregion03.pi.ecf@usdoj.gov* |
| Ronda J. Winnecour<br>Chapter 13 Trustee<br>600 Grant Street, Suite 3250<br>USX Tower<br>Pittsburgh, PA 15219<br>*cmecf@chapter13trusteewdpa.com* | R. Sean O'Connell<br>Robb Leonard Mulvihill LLP<br>BNY Mellon Center<br>500 Grant Street, Suite 2300<br>Pittsburgh, PA 15219<br>*soconnell@rlmlawfirm.com* |

I, G. Christopher Apessos, hereby certify that on September 14, 2020, a true and correct copy of the foregoing Motion for Relief from the Automatic Stay, Proposed Order, and Notice of Hearing

With Response Deadline was served in accordance with L.B.R. 9014 and F.R.B.P. 7004 and via US First Class Mail upon the following:

| | |
|---|---|
| Kenneth R. Weber<br>2504 Sunset Drive<br>West Mifflin, PA 15122 | R. Sean O'Connell<br>Robb Leonard Mulvihill LLP<br>500 Grant Street, Suite 2300<br>Pittsburgh, PA 15219<br>*(Counsel for Respondent in Separate Personal Injury Claim)* |

          <u>/s/ Peter D. Friday</u>
          Peter D. Friday, Esquire
          Pa ID: 48746
          G. Christopher Apessos, Esquire
          Pa ID: 90908
          *capessos@fridaylaw.com*

          Friday and Cox, LLC.
          1405 McFarland Road
          Pittsburgh, PA 15215
          T: (412) 561-4290
          F: (412) 561-4291