UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                                  )
                                        )
KENNETH R. WEBER, a/k/a                 )
KEN WEBER, a/k/a KENNETH WEBER,         ) CASE NO. 19-22111-TAP
        DEBTOR                          ) CHAPTER 13
_____         )
NICHOLAS BANDOLA,                       ) DOCKET #
        MOVANT                          ) RELATED DOCKET
                                        )
        VS.                             )
                                        )
KENNETH R. WEBER, a/k/a                 )
KEN WEBER, a/k/a KENNETH WEBER,         )
        RESPONDENT                      )
```

## CERTIFICATE OF SERVICE

I, the undersigned, certify upon penalty of perjury that I served or caused to be served, on the 9th day of October, 2020, the SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY and proposed CONSENT ORDER of COURT upon all of the parties in interest as set forth below.

**Method of Service to all:   U.S. First Class Mail, postage pre-paid.**


Kenneth R. Weber
2504 Sunset Drive
West Mifflin, PA  15122

U.S. Trustee
1001 Liberty Avenue #970
Pittsburgh, PA 15222

Chapter 13 Trustee
600 Grant Street, Ste. 3250
USX Tower
Pittsburgh., PA  15219

R. Sean O'Connell, Esquire
Robb Leonard Mulvihill LLP
BNY Mellon Center
500 Grant St. Suite 2300
Pittsburgh, PA  15219

G. Christopher Apessos, Esquire
Friday and Cox
1405 McFarland Rd.
Pittsburgh, PA 15215

|  |  |
|---|---|
|  | Respectfully Submitted: |
| /s/ October 12, 2020 | /s/ Susan J. Pearlstein, Esq. |
|         Date | Susan J. Pearlstein, Esquire |
|  | Attorney for Debtor/Respondent |
|  | PA I.D. #28939 |
|  | 535 Smithfield St.  Suite 630 |
|  | Pittsburgh, PA  15222 |
|  | (412) 281-1766 |
|  | Fax (412) 281-4114 |
|  | suemejp@gmail.com |