FILED
10/13/20 10:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        )
**KENNETH R. WEBER, a/k/a**                   )
**KEN WEBER, a/k/a KENNETH WEBER,**           ) CASE NO. 19-22111-TAP
      DEBTOR                                  ) CHAPTER 13
_____               )
**NICHOLAS BANDOLA,**                          ) DOCKET # 58
      MOVANT                                  ) RELATED DOCKET #41, 44
        **VS.**                                  )
                                            ) Hearing:  10/14/2020
**KENNETH R. WEBER, a/k/a**                    )           9:30 a.m.
**KEN WEBER, a/k/a KENNETH WEBER,**            )
      RESPONDENT                              )

### ORDER OF COURT

    **AND NOW,** this ___13th___ day of ____October____, 2020, upon consideration of the Motion for Relief from the Automatic Stay, it is hereby **ORDERED** that the Motion is **GRANTED**.

    Movant, Nicholas Bandola, may proceed with the litigation commenced in the Court of Common Pleas of Allegheny County, PA at GD 18-15538. Any recovery therefrom shall be limited to the insurance coverage and insurance proceeds applicable and available.

    In no event shall debtor Kenneth R. Weber be personally liable for any recovery or damages that may be awarded to Movant.

    Any and all debts owed by debtor Kenneth R. Weber to Nicholas Bandola are and remain dischargeable debts under the applicable provisions of the Bankruptcy Code.

BY THE COURT:

_____ J.
Hon. Thomas P. Agresti   **ljm**

**CONSENTED TO:**

_/s/Susan J. Pearlstein, Esquire_
Susan J. Pearlstein, Esquire
Attorney for Debtor/Respondent

_/s/ G. Christopher Apessos, Esquire_
G. Christopher Apessos, Esquire
Attorney for Movant

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-22111-TPA
Kenneth R. Weber                                                          Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: bsil | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 13, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kenneth R. Weber, 2504 Sunset Dr., West Mifflin, PA 15122-3563 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2020              Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lauren Berschler Karl | on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com  lbkarl03@yahoo.com |
| Michael J Shavel | on behalf of Creditor New Residential Mortgage LLC mshavel@hillwallack.com skenny@hillwallack.com;lharkins@hillwallack.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter D Friday | |

on behalf of Interested Party Nicholas Bandola pfriday@fridaylaw.com  sramesh@Fridaylaw.com,glepre@fridaylaw.com

Peter D Friday

on behalf of Interested Party Peter D Friday pfriday@fridaylaw.com  sramesh@Fridaylaw.com,glepre@fridaylaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com
Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

Susan J. Pearlstein

on behalf of Debtor Kenneth R. Weber suemejp@gmail.com  lp@ggvlaw.com


TOTAL: 10