IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
**KENNETH R. WEBER,**   Bankruptcy No 19-22111-TPA
Chapter 13
    Debtor   Document #

_____

**NEW REZ, LLC d/b/a SHELLPOINT**
**MORTGAGE SERVICING,**   Related document: Proof of Claim #10-2
    Movant

    VS.

**KENNETH R. WEBER,**
    Respondent

### September 10, 2021, DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT

**AND NOW** comes the Debtor/Respondent **KENNETH R. WEBER** by his attorney Susan J. Pearlstein, and respectfully states as follows:

1. The Notice of Mortgage Payment Change filed by Movant at Claim #10-2 on September 9, 2021, reflects a total monthly mortgage payment to be paid to the above secured creditor in the amount of $578.98 effective October 1, 2021.

2. No amendment to the Plan will be necessary for this change to be implemented; the total existing Chapter 13 plan payment is sufficient to pay this amount on a monthly basis.

    **Respectfully Submitted:**
    /s/ Susan J. Pearlstein, Esquire
    Susan J. Pearlstein, Esquire
    PA I.D. #28939
    525 Smithfield Street, #630
    Pittsburgh, PA  15222
    (412) 281-1766
    FAX (412) 281-4114
    suemejp@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
**KENNETH R. WEBER,**                                             Bankruptcy No 19-22111-TPA
Chapter 13
    Debtor                                              Document #

_____
**NEW REZ, LLC d/b/a SHELLPOINT
MORTGAGE SERVICING,**                                  Related document: Proof of Claim #10-2
    Movant

       VS.

**KENNETH R. WEBER,**
    Respondent

## CERTIFICATE OF SERVICE

    I, Susan J. Pearlstein, Esquire, of 535 Smithfield St. #630, Pittsburgh, PA 15222 certify upon penalty of perjury that on the 10th day of September. 2021, I served a copy of the 9/10/2021 DECLARATION THAT THE EXISTING CHAPTER 13 PLAN IS SUFFICIENT by U.S. first class mail, postage pre-paid, upon the following:

Ciro Mestres
McCalla   Raymer Leibert Pierce, LLC
1544 Old Alabama Rd.
Roswell, GA 30076

U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Kenneth R. Weber
2504 Sunset Drive
West Mifflin, PA  15122

Rhonda Winnecour, Trustee
By ECF

                          /s/ Susan J. Pearlstein, Esquire
                          Susan J. Pearlstein, Esquire
                          PA I.D. #28939
                          525 Smithfield Street, #630
                          Pittsburgh, PA  15222
                          (412) 281-1766
                           FAX (412) 281-4114
                          suemejp@gmail.com