IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-22111-TPA |
| Kenneth R. Weber ) | |
| ) | |
| ) | Chapter 13 |
| Debtor ) | Document No. _____ |
| ) | Related to Document No. 38 |

## CONSENT ORDER MODIFYING DECEMBER 11, 2019 CONFIRMATION ORDER (DOC. 38)

AND NOW, this _____ day of _____, 2021, upon consent of the Debtors and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated December 11, 2019 (Doc. 38) it is

ORDERED that Part "1.H." be amended to add the following: Attorney's fees shall be paid upon the basis of a retainer having been paid in the amount of $1,500.00.  It is further

ORDERED that Part "1.H." be amended to add the following: No further payments shall be made to Linda Swartz, as the debt is a judgment entered against the Debtor's son. All prior payments are ratified and proper.  It is further

ORDERED that the Consent Order entered at Document No. 64 is hereby VACATED and replaced by this Order to correct erroneous dates. It is further

ORDERED that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days.

The December 11, 2019 order otherwise remains in full force and effect.

BY THE COURT:

_____
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Owen Katz
Owen Katz (PA I.D. #36473)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
okatz@chapter13trusteewdpa.com

/s/ Susan J. Pearlstein
Susan J. Pearlstein, Esquire (PA I.D.#28939)
535 Smithfield Street – Suite 630
Pittsburgh, PA  15222
412-281-1766
suemejp@gmail.com