**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 19-22111-TPA |
| **Kenneth R. Weber** ) | |
| ) | |
| ) | Chapter 13 |
| **Debtor** ) | Document No. __66__ |
| ) | Related to Document No. 38 |

## CONSENT ORDER MODIFYING DECEMBER 11, 2019 CONFIRMATION ORDER (DOC. 38)

AND NOW, this ___29th___ day of _____October_____, 2021, upon consent of the Debtors and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated December 11, 2019 (Doc. 38) it is

ORDERED that Part "1.H." be amended to add the following: Attorney's fees shall be paid upon the basis of a retainer having been paid in the amount of $1,500.00.  It is further

ORDERED that Part "1.H." be amended to add the following: No further payments shall be made to Linda Swartz, as the debt is a judgment entered against the Debtor's son. All prior payments are ratified and proper.  It is further

ORDERED that the Consent Order entered at Document No. 64 is hereby VACATED and replaced by this Order to correct erroneous dates. It is further

ORDERED that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days.

The December 11, 2019 order otherwise remains in full force and effect.

BY THE COURT:

_____
Thomas P. Agresti          nms
U.S. BANKRUPTCY JUDGE

Consented to:

/s/ Owen Katz
Owen Katz (PA I.D. #36473)
Attorney for Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh PA 15219
okatz@chapter13trusteewdpa.com

/s/ Susan J. Pearlstein
Susan J. Pearlstein, Esquire (PA I.D.#28939)
535 Smithfield Street – Suite 630
Pittsburgh, PA  15222
412-281-1766
suemejp@gmail.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 19-22111-TPA

Kenneth R. Weber   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 2 |
| Date Rcvd: Oct 29, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth R. Weber, 2504 Sunset Dr., West Mifflin, PA 15122-3563 |
| | + | Owen Katz, Esq., Suite 3250 USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lauren Berschler Karl | |
| | on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com lbkarl03@yahoo.com |
| Michael J Shavel | |
| | on behalf of Creditor New Residential Mortgage LLC mshavel@hillwallack.com ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: bsil | Page 2 of 2
Date Rcvd: Oct 29, 2021 | Form ID: pdf900 | Total Noticed: 2

Peter D Friday
        on behalf of Interested Party Nicholas Bandola pfriday@fridaylaw.com  sramesh@Fridaylaw.com,glepre@fridaylaw.com

Peter D Friday
        on behalf of Interested Party Peter D Friday pfriday@fridaylaw.com  sramesh@Fridaylaw.com,glepre@fridaylaw.com

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Susan J. Pearlstein
        on behalf of Debtor Kenneth R. Weber suemejp@gmail.com  lp@ggvlaw.com

TOTAL: 10