# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**KENNETH R. WEBER,**<br>    DEBTOR | CASE NO. 19-22111-TPA<br>CHAPTER 13 |
| **KENNETH R. WEBER**,<br>    MOVANT | DOCKET #<br>RELATED DOC # 69, 70, 71 |
| VS. | HEARING DATE: 1/12/2022, 11:30 A.M.<br>RESPONSE DEADLINE: 1/03/2022 |
| **RONDA J. WINNECOUR, TRUSTEE,**<br>    RESPONDENT | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR LEAVE TO INCUR SECURED DEBT TO PURCHASE MOTOR VEHICLE

The undersigned certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **MOTION FOR LEAVE TO INCUR SECURED DEBT TO PURCHASE MOTOR VEHICLE filed on December 15, 2021**, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **MOTION FOR LEAVE TO INCUR SECURED DEBT TO PURCHASE MOTOR VEHICLE** appears thereon. Pursuant to the Notice of Hearing, responses to the Motion were to be filed and served no later than **January 3, 2022**.

It is hereby respectfully requested that the Order attached to the **MOTION FOR LEAVE TO INCUR SECURED DEBT TO PURCHASE MOTOR VEHICLE** be entered by the Court.

Date: <u>January 4, 2022</u>

<u>S/Susan J. Pearlstein, Esquire</u>
Susan J. Pearlstein, Esquire
Attorney for Debtor/Movant
Pa. I.D. #28939
535 Smithfield St. Suite 630
Pittsburgh, PA 15222
Phone (412) 281-1766
Fax (412) 281-4114
suemejp@gmail.com