FILED
1/7/22 1:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| **KENNETH R. WEBER,** | ) CASE NO. 19-22111-TPA |
|     DEBTOR | ) CHAPTER 13 |
| _____ | ) |
| **KENNETH R. WEBER**, | ) |
| | ) RELATED DOC #69 |
|     VS. | ) |
| | ) |
| **RONDA J. WINNECOUR, TRUSTEE,** | ) |
|     RESPONDENT | ) |

### ORDER APPROVING POST-PETITION AUTOMOBILE FINANCING

**This matter** comes before the Court upon the Debtor's MOTION FOR LEAVE TO INCUR SECURED DEBT FOR PURCHASE OF MOTOR VEHICLE filed by the Debtor on December 15, 2021. Based upon the foregoing, and for good cause shown, it is hereby

**ORDERED, ADJUDGED AND DECREED** as follows:

1. The Motion at docket #69 is **granted** as provided by the terms of this Order. Debtor is authorized to obtain secured financing for purchase of a replacement motor vehicle through any appropriate lender, upon the following terms:

   A.  The total amount of financing shall not exceed $26,000.00 payable over six years, including principal and interest;

   B.  The monthly payment under the financing agreement shall not be more than $350.00, including interest.

2. If Debtor obtains said loan, **it shall be paid through his Chapter 13 Plan.** Within 30 days of securing such financing, Debtor shall:

      A. File a report of financing, including details of automobile sale or transfer if applicable;

      B. File an amended Chapter 13 Plan.

      3.    To ensure prompt and timely payment of the automobile loan, Debtor shall make a supplemental payment to the Chapter 13 Trustee **within 7 days** of filing the financial report (and each month thereafter as necessary) in an amount sufficient for the Trustee to cover the installments due on the new loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended chapter 13 Plan.

      4.  The Chapter 13 Trustee is authorized to cease making payments to ACAR Leasing d/b/a GM Financial Leasing, creditor for the prior vehicle lease, which has been paid in full. Pending confirmation of any amended Plan providing for the new post-petition loan payments, the Trustee is authorized to make monthly adequate protection payments to "to be determined" (new vehicle financing lender) for the contract amount so long as sufficient supplemental funds are provided by Debtor.

      5.  Notwithstanding the inclusion of the post-petition loan with an amended Chapter 13 Plan, the underlying terms of the loan shall not be modified absent the consent of "to be determined", the new post-petition lender.

      6.  Debtor and the dealership utilized by Debtor are hereby authorized to utilize a photocopy of this Court Order for the purpose of facilitating the aforesaid financing for the debtor(s).

7. Debtor shall serve a copy of this Order on all creditors entitled to a distribution under the Chapter 13 Plan, and shall thereafter file a Certificate of Service.

BY THE COURT:

Dated: January 7, 2022

_____ J.
nms

Case Administrator to mail to:
Debtors
Counsel for Debtor
Ronda J. Winnecour, Esq.
Office of the US Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kenneth R. Weber  
    Debtor

Case No. 19-22111-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 2  
Date Rcvd: Jan 07, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth R. Weber, 2504 Sunset Dr., West Mifflin, PA 15122-3563 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2022        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lauren Berschler Karl | on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com  lbkarl03@yahoo.com |
| Michael J Shavel | on behalf of Creditor New Residential Mortgage LLC mshavel@hillwallack.com ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter D Friday | |

District/off: 0315-2     User: dpas     Page 2 of 2

Date Rcvd: Jan 07, 2022     Form ID: pdf900     Total Noticed: 1

on behalf of Interested Party Nicholas Bandola pfriday@fridaylaw.com paralegals@fridaylaw.com

Peter D Friday

on behalf of Interested Party Peter D Friday pfriday@fridaylaw.com paralegals@fridaylaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Susan J. Pearlstein

on behalf of Debtor Kenneth R. Weber suemejp@gmail.com lp@ggvlaw.com

TOTAL: 10