**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) |
| KENNETH R. WEBER, | ) CASE NO. 19-22111-TPA |
| | ) |
| DEBTOR | ) CHAPTER 13 |
| | ) DOCUMENT # |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Susan J. Pearlstein, Esquire, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

Credit Acceptance Financial Services, Inc.
25505 West 12 Mile Road, #3000
Southfield, MI 48034-8339


By:     /S/Susan J. Pearlstein, Esquire

Date: March 1, 2022

Susan J. Pearlstein, Esquire
PA ID #28939
535 Smithfield St.  Suite 630
Pittsburgh, PA  15222
Phone (412) 281-1766
Fax (412) 281-4114
suemejp@gmail.com