# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

12/01/2022

IN RE:

| | |
|---|---|
| KENNETH R. WEBER<br>C/O SUSAN J PEARLSTEIN ESQ<br>535 SMITHFIELD ST - STE 630<br>PITTSBURGH,  PA  15222<br>XXX-XX-8382          Debtor(s) | Case No.19-22111 JAD<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/1/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LEVIN FRNTR/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 8126 |
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **RAS CITRON LLC**<br>130 CLINTON RD STE 202<br>FAIRFIELD, NJ 07004 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DITECH/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **NEW RESIDENTIAL MORTGAGE LLC**<br>C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN<br>PO BOX 10826<br>GREENVILLE, SC 29603 | Trustee Claim Number: 4   INT %: 3.63%<br>Court Claim Number: 10-2<br>CLAIM: 27,382.86<br>COMMENT: $@3.625%/CONF-CL*27,362.26/PL@3.625%MDF*BGN 6/19*AMD | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 3934 |
| **LINDA SWARTZ**<br>C/O JJ LAND CO<br>5738 BAUM BLVD<br>PITTSBURGH, PA 45401 | Trustee Claim Number: 5   INT %: 5.50%<br>Court Claim Number: NC<br>CLAIM: 312.46<br>COMMENT: NO PMTS~PROPER/CONF*RMVD/AMD PL*DK | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 2015 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 6   INT %: 9.55%<br>Court Claim Number: 6<br>CLAIM: 6,862.97<br>COMMENT: $CL-PL@MDF/PL*2ND/SCH | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 8059 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 3,853.95<br>COMMENT: CITIBANK/BEST BUY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6383 |
| **CAPITAL ONE***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0095 |
| **CAPITAL ONE***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0102 |
| **CAPITAL ONE***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9960 |

| Creditor | Claim Info | Description |
|---|---|---|
| **CITIBANK NA\*\*** <br> 6716 GRADE LN BLDG 9 STE 910-PY DEPT <br><br> LOUISVILLE, KY  50325-3439 | Trustee Claim Number:11  INT %:  0.00% <br> Court Claim Number:8 <br><br> CLAIM:  2,335.54 <br> COMMENT:  THD | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  7666 |
| **LENDING CLUB CORP\*** <br> 3440 FLAIR DR <br> LOCKBOX SERVICES #0134268 <br><br> EL MONTE, CA  91731 | Trustee Claim Number:12  INT %:  0.00% <br> Court Claim Number:12 <br><br> CLAIM:  447.47 <br> COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  9134 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br><br> NORFOLK, VA  23541 | Trustee Claim Number:13  INT %:  0.00% <br> Court Claim Number:9 <br><br> CLAIM:  3,767.02 <br> COMMENT:  SYNCHRONY/LEVIN FURNITURE | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  8126 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br><br> NORFOLK, VA  23541 | Trustee Claim Number:14  INT %:  0.00% <br> Court Claim Number:3 <br><br> CLAIM:  0.00 <br> COMMENT:  SYNCHRONY/LOWE'S*W/D OF CL $5376.90*DOC 75, 76 | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  2611 |
| **SYNCHRONY BANK** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br><br> NORFOLK, VA  23541 | Trustee Claim Number:15  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NT ADR~NO$~LOWES/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  2919 |
| **SYNCHRONY BANK** <br> C/O PRA RECEIVABLES MANAGEMENT LLC <br> PO BOX 41021 <br><br> NORFOLK, VA  23541 | Trustee Claim Number:16  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NT ADR~NO$~LOWES/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  7696 |
| **MCQURTERS REALTY COMPANY** <br> 5701 CENTRE AVE L6 <br><br> PITTSBURGH, PA  15206 | Trustee Claim Number:17  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  2007 |
| **MIDLAND FUNDING** <br> PO BOX 2011 <br><br> WARREN, MI  48090 | Trustee Claim Number:18  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **NICHOLAS BANDOLA** <br> C/O G CHRISTOPER APSESSOS <br> FRIDAY AND COX <br> 1405 MCFARLAND RD <br> PITTSBURGH, PA  15216 | Trustee Claim Number:19  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  5538 |
| **PNC BANK NA** <br> PO BOX 94982 <br><br> CLEVELAND, OH  44101 | Trustee Claim Number:20  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  2887 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2478 |
| **PNC BANK NA**<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7016 |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 7 | CLAIM: 4,535.52<br>COMMENT: SEARS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7077 |
| **SEARS CREDIT CARDS**<br>PO BOX 9001055<br>LOUISVILLE, KY 42890-1955 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH\*NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2115 |
| **SEARS CREDIT CARDS**<br>PO BOX 9001055<br>LOUISVILLE, KY 42890-1955 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH\*NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8149 |
| **SEARS CREDIT CARDS**<br>PO BOX 9001055<br>LOUISVILLE, KY 42890-1955 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH\*NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0177 |
| **SPRINT CORP(\*)**<br>PO BOX 3326<br>ENGLEWOOD, CO 80155-3326 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0174 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 4 | CLAIM: 3,912.21<br>COMMENT: 9111/SCH\*SYNCHRONY/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5791 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~MOHAWK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5383 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3003 |

| Creditor | Trustee Claim / Court Claim | CRED DESC / Account | Claim / Comment |
|---|---|---|---|
| **QUANTUM3 GROUP LLC AGENT - VELOCITY INV**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2506 | CLAIM: 1,004.46<br>COMMENT: UPGRADE/WEBBANK |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0545 | CLAIM: 4,007.06<br>COMMENT: SYNCHRONY/WALMART |
| **WELLS FARGO BANK NA**<br>MAC N9286-01Y<br>PO BOX 1629<br>MINNEAPOLIS, MN 55440-9790 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5422 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **ALLTRAN FINANCIAL LP**<br>PO BOX 4044<br>CONCORD, CA 94524-4044 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **HAYT HAYT & LANDAU LLC**<br>123 S BROAD ST STE 1325<br>PHILADELPHIA, PA 19109 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **NATIONAL ENTERPRISE SYSTEMS**<br>29125 SOLON ROAD<br>SOLON, OH 44139 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **ROBB LEONARD MULVIHILL**<br>2300 ONE MELLON BANK CNTR<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEASI**<br>PO BOX 183853<br>ARLINGTON, TX 76096 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 11-2 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2700 | CLAIM: 8,916.29<br>COMMENT: PIF@LEASE ENDED/PL*AMD*CL=9252.57*PIF/CRED |
| **KENNETH WEBER**<br>950 2ND AVE<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: /SCH H |
| **MOLLY GALLO**<br>132 SHERMAN ST<br>LIBSON, OH 44432 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: /SCH H |

| Creditor | Trustee Claim | Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 41  INT %: 0.00% | Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ND ADR~SARAH WEBER/SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PIDOS PUB**<br>1129 RAVINE ST<br><br>HOMESTEAD, PA  15120 | Trustee Claim Number: 42  INT %: 0.00% | Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ADDED/AMD F FILED 6/18/19 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 43  INT %: 0.00% | Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW\*\***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number: 44  INT %: 0.00% | Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES GAS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **NEW RESIDENTIAL MORTGAGE LLC**<br>C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN<br>PO BOX 10826<br><br>GREENVILLE, SC  29603 | Trustee Claim Number: 45  INT %: 0.00% | Court Claim Number: 10-2<br>CLAIM: 0.00<br>COMMENT: PIF@CID4\*$694.09 ARRS/CL\*THRU 5/19\*AMD | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 3934 |
| **LENDING CLUB CORP\***<br>3440 FLAIR DR<br>LOCKBOX SERVICES #0134268<br><br>EL MONTE, CA  91731 | Trustee Claim Number: 46  INT %: 0.00% | Court Claim Number: 13<br>CLAIM: 119.01<br>COMMENT: ACCT NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1333 |
| **AUTO OWNERS INSURANCE CO**<br>C/O WILBER & ASSOCIATES<br>210 LANDMARK DR<br><br>NORMAL, IL  61761 | Trustee Claim Number: 47  INT %: 0.00% | Court Claim Number: 14<br>CLAIM: 3,546.90<br>COMMENT: NT/SCH\*A/S/O KENNETH J WEBER\*PROPERTY DAMAGE/UNINSURED MOTORIST\*I | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5301 |
| **NEW RESIDENTIAL MORTGAGE LLC**<br>C/O NEW REZ LLC DBA SHELLPOINT MTG SVCN<br>PO BOX 10826<br><br>GREENVILLE, SC  29603 | Trustee Claim Number: 48  INT %: 0.00% | Court Claim Number: 10-2<br>CLAIM: 0.00<br>COMMENT: PMT/DECL-CONF\*DK4PMT-LMT | CRED DESC: Post Petition Escrow<br>ACCOUNT NO.: 3934 |
| **CREDIT ACCEPTANCE CORP\***<br>ATTN: BANKRUPTCY DEPT\*<br>25505 W 12 MILE RD STE 3000\*<br><br>SOUTHFIELD, MI  48034-8339 | Trustee Claim Number: 49  INT %: 0.00% | Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PMT/PL\*350 X (28 REM +2=LMT\*BGN 2/22 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 4329 |