**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
KENNETH R. WEBER                                              Case No. 19-22111JAD

        Debtor(s)
RONDA J. WINNECOUR,                                           Chapter 13
Standing Chapter 13 Trustee,

        Movant                                                Document No __
    vs.
AUTO OWNERS INSURANCE CO

        Respondents

**NOTICE OF FUNDS ON RESERVE**

  The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

    The creditor has informed the Trustee that the account has been assigned to . No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

    CREDITOR INDICATES THEY ARE NO LONGER HANDLING THE ACCOUNT AND HAS REQUESTED FUNDS BE PAID TO TROVER SOLUTIONS

AUTO OWNERS INSURANCE CO                                     Court claim# 14/Trustee CID# 47
C/O WILBER & ASSOCIATES
210 LANDMARK DR
NORMAL, IL 61761


The Movant further certifies that on 02/15/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

---

DEBTOR(S):
KENNETH R. WEBER, C/O SUSAN J PEARLSTEIN ESQ, 535 SMITHFIELD ST - STE 630, PITTSBURGH, PA  15222

:
TROVER SOLUTIONS INC, 9390 BUNSEN PKWY, LOUISVILLE, KY  40220

NEW CREDITOR:

DEBTOR'S COUNSEL:
SUSAN J PEARLSTEIN ESQ, 7110 MCCLURE AVE, PITTSBURGH, PA  15218

ORIGINAL CREDITOR:
AUTO OWNERS INSURANCE CO, C/O WILBER & ASSOCIATES, 210 LANDMARK DR, NORMAL, IL  61761