IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>KENNETH R. WEBER,<br>**Debtor(s)** | Bankruptcy No. 19-22111-JCM |
| CREDIT ACCEPTANCE CORPORATION,<br>**Movant** | Chapter 13 |
| v. | Related To Document No. 106 and 107 |
| KENNETH R. WEBER,<br>**Respondent(s)** | **Response Deadline:  3/4/24** |
| RONDA J. WINNECOUR,<br>**Trustee** | **Hearing Date:  3/26/24 at 2:30 PM** |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Eisenberg Gold & Agrawal, P.C., 1040 Kings Highway North #200, Cherry Hill, NJ 08034, certify that I am more than 18 years of age and that on February 14, 2024, I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

Kenneth R. Weber
2504 Sunset Dr.
West Mifflin, PA 15122
(Debtor)

Susan J. Pearlstein, Esq.
7110 McClure Ave.
Pittsburgh, PA 15218
(Attorney For Debtor)

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(Trustee)

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(U.S. Trustee)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
wcraig@egalawfirm.com