UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                                )
                                      )
KENNETH R. WEBER, a/k/a               )
KEN WEBER, a/k/a KENNETH WEBER,       ) CASE NO. 19-22111-JCM
       DEBTOR                         ) CHAPTER 13
_____       )
CREDIT ACCEPTANCE CORPORATION,        ) DOCKET #
       MOVANT                         ) RELATED DOCKET #106, 107
                                      )
          VS.                         )
                                      )
KENNETH R. WEBER, a/k/a               ) RESPONSE DATE 3/4/2024
KEN WEBER, a/k/a KENNETH WEBER,       ) HEARING DATE: 3/26/2024
       RESPONDENT                     )             2:30 P.M.
                                      )
RONDA J. WINNECOUR,                   )
       Trustee
```

**CERTIFICATE OF SERVICE**

I, the undersigned, certify upon penalty of perjury that I am more than eighteen years of age, and that I served or caused to be served, on the 4TH day of March, 2024, Debtor/Movant's Response to Motion for Relief From the Automatic Stay and proposed Order of Court, upon all of the parties in interest as set forth below.

**Method of Service to all:  U.S. First Class Mail, postage pre-paid.**

Kenneth R. Weber
2504 Sunset Drive
West Mifflin, PA  15122

U.S. Trustee
1001 Liberty Avenue #970
Pittsburgh, PA 15222

Chapter 13 Trustee
600 Grant Street, Ste. 3250
USX Tower
Pittsburgh., PA  15219

William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
Attorney for Movant
1040 Kings Highway North #200
Cherry Hill, NJ 08034

|  |  |
|---|---|
|  | **Respectfully Submitted:** |
| March 4, 2024 | /s/ Susan J. Pearlstein, Esq. |
| Date | Susan J. Pearlstein, Esquire |
|  | Attorney for Debtor/Respondent |
|  | PA I.D. #28939 |
|  | 7110 McClure Ave. |
|  | Pittsburgh, PA  15218 |
|  | (412) 281-1766 |
|  | Fax (412) 281-4114 |
|  | suemejp@gmail.com |