IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| KENNETH R. WEBER, ) | |
| **Debtor(s)** ) | Bankruptcy No. 19-22111-JCM |
| ) | |
| CREDIT ACCEPTANCE CORPORATION, ) | Chapter 13 |
| **Movant** ) | |
| ) | |
| v. ) | Related To Document No. 106 |
| ) | |
| KENNETH R. WEBER, ) | |
| **Respondent(s)** ) | **Response Deadline:  3/4/24** |
| ) | |
| RONDA J. WINNECOUR, ) | **Hearing Date:  3/26/24 at 2:30 PM** |
| **Trustee** ) | |
| ) | |
| ) | |

## STIPULATION

NOW COMES, Credit Acceptance Corporation ("Credit Acceptance"), by and through its counsel, Eisenberg Gold & Agrawal, P.C., and Kenneth R. Weber ("Debtor") by and through his counsel Susan Pearlstein, Esquire, and stipulate and agree as follows:

## RECITALS

WHEREAS, the Debtor filed a voluntary petition for relief under Chapter13 of Title 11, United States Code on May 26, 2019;

WHEREAS, Credit Acceptance is the holder of a first purchase money security interest encumbering a 2019 Chevrolet Equinox  bearing vehicle identification number 2GNAXSEV0K6162860 (the "Vehicle");

WHEREAS, the vehicle was involved in an accident and deemed a total loss;

WHEREAS, Credit Acceptance file a Motion For Relief From The Automatic Stay on February 14, 2024;

WHEREAS, Credit Acceptance applied insurance proceeds to the Debtor's account on February 27, 2024, paying the account in full;

NOW THEREFORE, the Debtor and Credit Acceptance hereby stipulate and agree as follows:

1. That the automatic stay of the Bankruptcy Code section 362(a) is vacated *nunc pro tunc* to permit Credit Acceptance to apply the insurance proceeds to the Debtor's account.

2. That the insurance proceeds received by Credit Acceptance are sufficient to satisfy Debtor's account in full.

3. That each side is to bear its own costs for the instant Motion.

4. That this Order shall become effective immediately, without regard to Bankr. R. Proc. 4001(a)(3).

Consented To:

/s/ William E. Craig
William E. Craig, Esquire
PA ID# 92329
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
wcraig@egalawfirm.com
Attorney for Credit Acceptance Corporation

/S/ Susan J. Pearlstein, Esquire
Susan J. Pearlstein, Esquire
7110 McClure Ave._____

Pittsburgh, PA 15218
(412) 281-1766
suemejp@gmail.com
Attorney For Debtor

/s/ Jim Warmbrodt
Jim Warmbrodt
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
jwarmbrodt@chapter13trusteewdpa.com
Chapter 13 Trustee

AND NOW, this _____ day of _____, 2024, upon consideration of the Stipulation entered into by counsel for Credit Acceptance Corporation and with the Debtor, it is hereby ORDERED, ADJUDGED and DECREED that the terms of the foregoing Stipulation are hereby approved in their entirety.

BY THE COURT:

_____

The Honorable John C. Melaragno