IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| KENNETH R. WEBER, ) | |
|    **Debtor(s)** ) | Bankruptcy No. 19-22111-JCM |
| ) | |
| CREDIT ACCEPTANCE CORPORATION, ) | Chapter 13 |
|    **Movant** ) | |
| ) | |
| v. ) | Related To Document No. 106, 112 |
| ) | |
| KENNETH R. WEBER, ) | |
|    **Respondent(s)** ) | **Response Deadline: 3/4/24** |
| ) | |
| RONDA J. WINNECOUR, ) | **Hearing Date: 3/26/24 at 2:30 PM** |
|    **Trustee** ) | |
| ) | |
| ) | |

## STIPULATION

NOW COMES, Credit Acceptance Corporation ("Credit Acceptance"), by and through its counsel, Eisenberg Gold & Agrawal, P.C., and Kenneth R. Weber ("Debtor") by and through his counsel Susan Pearlstein, Esquire, and stipulate and agree as follows:

## RECITALS

WHEREAS, the Debtor filed a voluntary petition for relief under Chapter13 of Title 11, United States Code on May 26, 2019;

WHEREAS, Credit Acceptance is the holder of a first purchase money security interest encumbering a 2019 Chevrolet Equinox bearing vehicle identification number 2GNAXSEV0K6162860 (the "Vehicle");

WHEREAS, the vehicle was involved in an accident and deemed a total loss;

WHEREAS, Credit Acceptance file a Motion For Relief From The Automatic Stay on February 14, 2024;

WHEREAS, Credit Acceptance applied insurance proceeds to the Debtor's account on February 27, 2024, paying the account in full;

NOW THEREFORE, the Debtor and Credit Acceptance hereby stipulate and agree as follows:

1. That the automatic stay of the Bankruptcy Code section 362(a) is vacated *nunc pro tunc* to permit Credit Acceptance to apply the insurance proceeds to the Debtor's account.

2. That the insurance proceeds received by Credit Acceptance are sufficient to satisfy Debtor's account in full.

3. That each side is to bear its own costs for the instant Motion.

4. That this Order shall become effective immediately, without regard to Bankr. R. Proc. 4001(a)(3).

Consented To:

/s/ William E. Craig
William E. Craig, Esquire
PA ID# 92329
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
wcraig@egalawfirm.com
Attorney for Credit Acceptance Corporation

/S/ Susan J. Pearlstein, Esquire
Susan J. Pearlstein, Esquire
7110 McClure Ave.
Pittsburgh, PA 15218
(412) 281-1766
suemejp@gmail.com
Attorney For Debtor

/s/ Jim Warmbrodt
Jim Warmbrodt
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
jwarmbrodt@chapter13trusteewdpa.com
Chapter 13 Trustee

AND NOW, this 25th day of March, 2024, upon consideration of the Stipulation entered into by counsel for Credit Acceptance Corporation and with the Debtor, it is hereby ORDERED, ADJUDGED and DECREED that the terms of the foregoing Stipulation are hereby approved in their entirety.

BY THE COURT:

_____ jlm

The Honorable John C. Melaragno

SIGNED
3/25/24 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22111-JCM |
| Kenneth R. Weber | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 25, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kenneth R. Weber, 2504 Sunset Dr., West Mifflin, PA 15122-3563 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:

**Name**       **Email Address**

Denise Carlon
     on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Keri P. Ebeck
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
     btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lauren Berschler Karl
     on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com  lbkarl03@yahoo.com

Michael J Shavel
     on behalf of Creditor New Residential Mortgage LLC mshavel@hillwallack.com
     ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Mar 25, 2024 | Form ID: pdf900 | Total Noticed: 1

Peter D Friday
          on behalf of Interested Party Nicholas Bandola pfriday@fridaylaw.com paralegals@fridaylaw.com

Peter D Friday
          on behalf of Interested Party Peter D Friday pfriday@fridaylaw.com paralegals@fridaylaw.com

Ronda J. Winnecour
          cmecf@chapter13trusteewdpa.com

S. James Wallace
          on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Susan J. Pearlstein
          on behalf of Debtor Kenneth R. Weber suemejp@gmail.com lp@ggvlaw.com

William E. Craig
          on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
          mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11