IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **KENNETH R. WEBER, a/k/a** | ) |
| **KEN WEBER, a/k/a KENNETH WEBER,** | ) CASE NO. 19-22111-JCM |
| DEBTOR | ) CHAPTER 13 |
| _____ | ) |
| **CREDIT ACCEPTANCE CORPORATION,** | ) DOCKET # |
| MOVANT | ) RELATED DOCKET |
| | ) |

## CERTIFICATION OF ELIGIBILITY TO RECEIVE DISCHARGE

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.

3. The debtor did not obtain a prior discharge in bankruptcy within the time frames specified in Section 1328(f)(1)or(2). Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. The Debtor has had no obligation to pay any domestic support obligation at any time during the pendency of this case.

5. On September 18, 2019, Debtor completed an instructional course concerning personal financial management within the meaning of Section 1328(g)(1), which Certification and Verification of Completion were filed with this Court on September 19, 2019, at docket #35.

6. This Certification is being signed under penalty of perjury by Undersigned Counsel, who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: June 3, 2024         /s/Susan J. Pearlstein, Esquire

                            Susan J. Pearlstein, Esq.
                            PA ID #28939
                            7110 McClure Ave.
                            Pittsburgh, PA  15218
                            (412) 281-1766
                            Fax (412) 281-4114
                            suemejp@gmail.com