Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Kenneth R. Weber** | : | Case No. 19−22111−JCM |
| aka Ken Weber, aka Kenneth Weber | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 118 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 10/29/24 at 02:30 PM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 27th of August, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 118 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  **On or before October 11, 2024**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2)  This *Motion* is scheduled for hearing on **October 29, 2024 at 02:30 PM** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22111-JCM |
| Kenneth R. Weber | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 27, 2024 | Form ID: 300b | Total Noticed: 59 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth R. Weber, 2504 Sunset Dr., West Mifflin, PA 15122-3563 |
| intp | + | Nicholas Bandola, 713 Clearview Drive, Dravosburg, PA 15034-1024 |
| intp | + | Peter D Friday, Friday & Cox LLC, 1405 McFarland Rd., Pittsburgh, PA 15216, UNITED STATES 15216-2373 |
| 15117299 | + | Auto Owners Ins. Company A/S/O Weber, Kenneth J., Wilber & Associates, 210 Landmark Dr, Normal, IL 61761-2119 |
| 15458521 | + | Credit Acceptance Financial Services, Inc., 25505 West 12 Mile Road, #3000, Southfield, MI 48034-8331 |
| 15058485 | | Dietech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 15058489 | + | Kenneth J. Weber, Allegheny County Jail, 950 2nd Avenue, DOC#1417832E, Pittsburgh, PA 15219-3100 |
| 15058493 | + | Linda B. Schwartz, c/o J.J. Land Co., 5738 Baum Blvd., Pittsburgh, PA 15206-3781 |
| 15058496 | + | McQuarters Realty Co., 5701 Centre Ave. L6, Pittsburgh, PA 15206-3790 |
| 15058498 | + | Molly M. Gallo, 132 Sherman St., Lisbon, OH 44432-1030 |
| 15058499 | | National Enterprise Systems, 2749 Edison Blvd. Unit A, Twinsburg, OH 44087 |
| 15058500 | + | Nicholas Bandola, c/o G. Christopher Apsesos, Esquire, Friday & Cox LLC, 1405 McFarland Rd., Pittsburgh, PA 15216-2373 |
| 15072030 | + | Pidos Pub, 1129 Ravine St., Munhall, PA 15120-2140 |
| 15058505 | + | R. Sean O'Connell, Esq., Craig W. Beil, Esq., Robb Leonard Mulvihill, LLP, 500 Grant St. Suite 2300, Pittsburgh, PA 15219-2508 |
| 15058509 | + | Sears Security Operations, PO Box 6286, Sioux Falls, SD 57117-6286 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 27 2024 23:42:00 | Credit Acceptance Corporation, 25505 W. Twelve Mile Road, PO Box 513, Southfield, MI 48037-0513 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 27 2024 23:43:00 | Ditech Financial LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Aug 27 2024 23:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Aug 27 2024 23:43:00 | New Residential Mortgage LLC, c/o NewRez LLC dba Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2024 23:40:45 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:20:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 27 2024 23:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15105882 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 27 2024 23:44:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15058479 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 27 2024 23:45:00 | Altran Financial, PO Box 4044, Concord, CA 94524-4044 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 15058480 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:21:01 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 15058481 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2024 00:02:29 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15058483 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 23:40:12 | Capital One Bank, PO Box 30277, Salt Lake City, UT 84130-0277 |
| 15058484 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:02:15 | CitiBank CitiCards, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 15098888 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:20:37 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15058486 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 27 2024 23:44:00 | GM Financial Leasing, PO Box 181145, Arlington, TX 76096-1145 |
| 15058487 | ^ MEBN | Aug 27 2024 23:37:36 | Hayt Hayt & Landau, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 15058488 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:21:17 | Home Depot, Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 15058491 | + Email/Text: Documentfiling@lciinc.com | Aug 27 2024 23:43:00 | Lending Club, 595 Market St. #200, San Francisco, CA 94105-2802 |
| 15117277 | + Email/Text: Documentfiling@lciinc.com | Aug 27 2024 23:43:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15058492 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:00:40 | Levin Furniture, Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 15058494 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:02:28 | Lowe's Synchrony Bank, Attention: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 15058495 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:42:55 | Lowe's Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 15092712 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2024 23:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15058497 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2024 23:44:00 | Midland Funding, 1 International Plaza 5th Floor, Philadelphia, PA 19113-1510 |
| 15099628 | + Email/Text: mtgbk@shellpointmtg.com | Aug 27 2024 23:43:00 | New Residential Mortgage LLC, c/o NewRez LLC dba Shellpoint Mortgage S, PO Box 10826, Greenville, SC 29603-0826 |
| 15156629 | Email/Text: mtgbk@shellpointmtg.com | Aug 27 2024 23:43:00 | New Residential Mortgage, LLC, c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 15058503 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | PNC Bank, 2730 Liberty Ave., DRU, P5-PCLC-01-J, Pittsburgh, PA 15222 |
| 15058501 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | PNC Bank, Box 1820, Dayton, OH 45401 |
| 15058502 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | PNC Bank, PO Box 3429, Pittsburgh, PA 15230 |
| 15058504 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | PNC Bank, PO Box 609, Pittsburgh, PA 15230-9738 |
| 15098834 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 15098799 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2024 23:41:59 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15072031 | + Email/Text: bankomail@wilbergroup.com | Aug 27 2024 23:43:00 | Pidos Pub (Auto Owners Insurance), C/O Wilber & Associates, 210 Landmark Drive, Normal, IL 61761-2119 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15077078 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2024 23:44:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15058510 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Aug 28 2024 00:01:53 | Sprint, Legal Department, PO Box 4600, Reston, VA 20195 |
| 15058508 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 23:40:27 | Sears Mastercard, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 15058507 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:01:59 | Sears Mastercard, PO Box 6286, Sioux Falls, SD 57117-6286 |
| 15058789 | ^ | MEBN | Aug 27 2024 23:37:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15058511 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:41:45 | Synchrony Bank JCP, PO Box 965009, Orlando, FL 32896-5009 |
| 15058512 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:40:45 | Synchrony Bank/Mohawk, PO Box 965004, Orlando, FL 32896-5004 |
| 15058513 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:00:46 | Synchrony Home, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 15058514 | | Email/Text: bknotice@upgrade.com | Aug 27 2024 23:42:00 | Upgrade, 2 N. Central Ave. Floor 10, Phoenix, AZ 85004 |
| 15058515 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:01:53 | Walmart, Synchrony Bank, Atttention: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 15058516 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 28 2024 00:02:33 | Wells Fargo Bank, PO Box 522, Des Moines, IA 50306-0522 |

TOTAL: 44

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 15058506 | | Sarah Weber, unknown |
| 15058482 | *+ | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15058490 | *+ | Kenneth J. Weber, Allegheny County Jail, 950 2nd Avenue, DOC#1417832E, Pittsburgh, PA 15219-3100 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024        Signature:    /s/Gustava Winters

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Aug 27, 2024 | Form ID: 300b | Total Noticed: 59

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lauren Berschler Karl | on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com  lbkarl03@yahoo.com |
| Michael J Shavel | on behalf of Creditor New Residential Mortgage LLC mshavel@hillwallack.com ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter D Friday | on behalf of Interested Party Nicholas Bandola pfriday@fridaylaw.com  paralegals@fridaylaw.com |
| Peter D Friday | on behalf of Interested Party Peter D Friday pfriday@fridaylaw.com  paralegals@fridaylaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Susan J. Pearlstein | on behalf of Debtor Kenneth R. Weber suemejp@gmail.com  lp@ggvlaw.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 11