**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KENNETH R. WEBER<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:19-22111<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 05/26/2019 and confirmed on 7/18/19 . The case was subsequently Completed After Confirmation

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 105,604.00 |
| Less Refunds to Debtor | 5,430.89 | |
| TOTAL AMOUNT OF PLAN FUND | | 100,173.11 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,500.00 | |
|   Trustee Fee | 4,982.56 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,482.56 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW RESIDENTIAL MORTGAGE LLC | 27,382.86 | 27,382.86 | 1,410.47 | 28,793.33 |
|     Acct: 3934 | | | | |
|   LINDA SWARTZ | 312.46 | 312.46 | 117.97 | 430.43 |
|     Acct: 2015 | | | | |
|   PNC BANK NA | 6,862.97 | 6,862.97 | 929.24 | 7,792.21 |
|     Acct: 8059 | | | | |
|   NEW RESIDENTIAL MORTGAGE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3934 | | | | |
| | | | | 37,015.97 |
| **Priority** | | | | |
|   SUSAN J PEARLSTEIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH R. WEBER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH R. WEBER | 5,430.89 | 5,430.89 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SUSAN J PEARLSTEIN ESQ | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ACAR LEASING LTD D/B/A GM FINANCIAL | 8,916.29 | 8,916.29 | 0.00 | 8,916.29 |
|     Acct: 2700 | | | | |
|   NEW RESIDENTIAL MORTGAGE LLC | 0.00 | 10,479.15 | 0.00 | 10,479.15 |
|     Acct: 3934 | | | | |
|   CREDIT ACCEPTANCE CORP* | 8,750.00 | 8,750.00 | 0.00 | 8,750.00 |
|     Acct: 4329 | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 3,546.90 | 3,546.90 | 0.00 | 3,546.90 |
|     Acct: XXXXXXXXXXXXXXXXXXXE CO | | | | |
| | | | | 31,692.34 |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 3,853.95 | 3,853.95 | 0.00 | 3,853.95 |
|     Acct: 6383 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0095 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 0102 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9960 | | | | |
| | CITIBANK NA** | 2,335.54 | 2,335.54 | 0.00 | 2,335.54 |
| | Acct: 7666 | | | | |
| | LENDING CLUB CORP* | 447.47 | 447.47 | 0.00 | 447.47 |
| | Acct: 9134 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 3,767.02 | 3,767.02 | 0.00 | 3,767.02 |
| | Acct: 8126 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2611 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2919 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7696 | | | | |
| | MCQURTERS REALTY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2007 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NICHOLAS BANDOLA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5538 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2887 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2478 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7016 | | | | |
| | CITIBANK NA** | 4,535.52 | 4,535.52 | 0.00 | 4,535.52 |
| | Acct: 7077 | | | | |
| | SEARS CREDIT CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2115 | | | | |
| | SEARS CREDIT CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8149 | | | | |
| | SEARS CREDIT CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0177 | | | | |
| | SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0174 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES LLC | 3,912.21 | 3,912.21 | 0.00 | 3,912.21 |
| | Acct: 5791 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5383 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3003 | | | | |
| | QUANTUM3 GROUP LLC AGENT - VELOCI | 1,004.46 | 1,004.46 | 0.00 | 1,004.46 |
| | Acct: 2506 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 4,007.06 | 4,007.06 | 0.00 | 4,007.06 |
| | Acct: 0545 | | | | |
| | WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5422 | | | | |
| | PIDOS PUB | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LENDING CLUB CORP* | 119.01 | 119.01 | 0.00 | 119.01 |
| | Acct: 1333 | | | | |
| | AUTO OWNERS INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5301 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8126 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROBERTSON ANSCHULTZ SCHNEID ET A | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | KENNETH WEBER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MOLLY GALLO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALLTRAN FINANCIAL LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HAYT HAYT & LANDAU LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NATIONAL ENTERPRISE SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROBB LEONARD MULVIHILL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 23,982.24 |

TOTAL PAID TO CREDITORS                                                                      92,690.55

TOTAL CLAIMED
PRIORITY        21,213.19
SECURED         34,558.29
UNSECURED       23,982.24


Date: 08/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    KENNETH R. WEBER

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:19-22111

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:      Case No. 19-22111-JCM

Kenneth R. Weber      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Aug 27, 2024     Form ID: pdf900     Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth R. Weber, 2504 Sunset Dr., West Mifflin, PA 15122-3563 |
| intp | + | Nicholas Bandola, 713 Clearview Drive, Dravosburg, PA 15034-1024 |
| intp | + | Peter D Friday, Friday & Cox LLC, 1405 McFarland Rd., Pittsburgh, PA 15216, UNITED STATES 15216-2373 |
| 15117299 | + | Auto Owners Ins. Company A/S/O Weber, Kenneth J., Wilber & Associates, 210 Landmark Dr, Normal, IL 61761-2119 |
| 15458521 | + | Credit Acceptance Financial Services, Inc., 25505 West 12 Mile Road, #3000, Southfield, MI 48034-8331 |
| 15058485 | | Dietech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 15058489 | + | Kenneth J. Weber, Allegheny County Jail, 950 2nd Avenue, DOC#1417832E, Pittsburgh, PA 15219-3100 |
| 15058493 | + | Linda B. Schwartz, c/o J.J. Land Co., 5738 Baum Blvd., Pittsburgh, PA 15206-3781 |
| 15058496 | + | McQuarters Realty Co., 5701 Centre Ave. L6, Pittsburgh, PA 15206-3790 |
| 15058498 | + | Molly M. Gallo, 132 Sherman St., Lisbon, OH 44432-1030 |
| 15058499 | | National Enterprise Systems, 2749 Edison Blvd. Unit A, Twinsburg, OH 44087 |
| 15058500 | + | Nicholas Bandola, c/o G. Christopher Apsessos, Esquire, Friday & Cox LLC, 1405 McFarland Rd., Pittsburgh, PA 15216-2373 |
| 15072030 | + | Pidos Pub, 1129 Ravine St., Munhall, PA 15120-2140 |
| 15058505 | + | R. Sean O'Connell, Esq., Craig W. Beil, Esq., Robb Leonard Mulvihill, LLP, 500 Grant St. Suite 2300, Pittsburgh, PA 15219-2508 |
| 15058509 | + | Sears Security Operations, PO Box 6286, Sioux Falls, SD 57117-6286 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 27 2024 23:42:00 | Credit Acceptance Corporation, 25505 W. Twelve Mile Road, PO Box 513, Southfield, MI 48037-0513 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 27 2024 23:43:00 | Ditech Financial LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Aug 27 2024 23:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Aug 27 2024 23:43:00 | New Residential Mortgage LLC, c/o NewRez LLC dba Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:02:22 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:02:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 27 2024 23:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15105882 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 27 2024 23:44:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15058479 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 27 2024 23:45:00 | Altran Financial, PO Box 4044, Concord, CA 94524-4044 |

Case 19-22111-JCM   Doc 121   Filed 08/29/24   Entered 08/30/24 00:31:09   Desc
Imaged Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: pdf900 | Total Noticed: 59 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 15058480 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:01:51 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 15058481 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2024 00:00:37 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15058483 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2024 00:32:17 | Capital One Bank, PO Box 30277, Salt Lake City, UT 84130-0277 |
| 15058484 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 23:41:52 | CitiBank CitiCards, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 15098888 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:01:54 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15058486 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 27 2024 23:44:00 | GM Financial Leasing, PO Box 181145, Arlington, TX 76096-1145 |
| 15058487 | ^ | MEBN | Aug 27 2024 23:37:36 | Hayt Hayt & Landau, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 15058488 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:01:55 | Home Depot, Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 15058491 | + | Email/Text: Documentfiling@lciinc.com | Aug 27 2024 23:43:00 | Lending Club, 595 Market St. #200, San Francisco, CA 94105-2802 |
| 15117277 | + | Email/Text: Documentfiling@lciinc.com | Aug 27 2024 23:43:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15058492 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:41:45 | Levin Furniture, Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 15058494 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:41:05 | Lowe's Synchrony Bank, Attention: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 15058495 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:01:51 | Lowe's Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 15092712 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2024 23:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15058497 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2024 23:44:00 | Midland Funding, 1 International Plaza 5th Floor, Philadelphia, PA 19113-1510 |
| 15099628 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 27 2024 23:43:00 | New Residential Mortgage LLC, c/o NewRez LLC dba Shellpoint Mortgage S, PO Box 10826, Greenville, SC 29603-0826 |
| 15156629 | | Email/Text: mtgbk@shellpointmtg.com | Aug 27 2024 23:43:00 | New Residential Mortgage, LLC, c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 15058503 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | PNC Bank, 2730 Liberty Ave., DRU, P5-PCLC-01-J, Pittsburgh, PA 15222 |
| 15058501 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | PNC Bank, Box 1820, Dayton, OH 45401 |
| 15058502 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | PNC Bank, PO Box 3429, Pittsburgh, PA 15230 |
| 15058504 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | PNC Bank, PO Box 609, Pittsburgh, PA 15230-9738 |
| 15098834 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 15098799 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2024 23:41:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15072031 | + | Email/Text: bankomail@wilbergroup.com | Aug 27 2024 23:43:00 | Pidos Pub (Auto Owners Insurance), C/O Wilber & Associates, 210 Landmark Drive, Normal, IL 61761-2119 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: pdf900 | Total Noticed: 59 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15077078 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2024 23:44:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15058510 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Aug 28 2024 00:00:40 | Sprint, Legal Department, PO Box 4600, Reston, VA 20195 |
| 15058508 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:02:18 | Sears Mastercard, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 15058507 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:01:57 | Sears Mastercard, PO Box 6286, Sioux Falls, SD 57117-6286 |
| 15058789 | ^ | MEBN | Aug 27 2024 23:37:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15058511 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:41:06 | Synchrony Bank JCP, PO Box 965009, Orlando, FL 32896-5009 |
| 15058512 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:41:05 | Synchrony Bank/Mohawk, PO Box 965004, Orlando, FL 32896-5004 |
| 15058513 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:41:05 | Synchrony Home, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 15058514 | | Email/Text: bknotice@upgrade.com | Aug 27 2024 23:42:00 | Upgrade, 2 N. Central Ave. Floor 10, Phoenix, AZ 85004 |
| 15058515 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:41:05 | Walmart, Synchrony Bank, Atttention: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 15058516 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 27 2024 23:41:08 | Wells Fargo Bank, PO Box 522, Des Moines, IA 50306-0522 |

TOTAL: 44

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 15058506 | | Sarah Weber, unknown |
| 15058482 | *+ | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15058490 | *+ | Kenneth J. Weber, Allegheny County Jail, 950 2nd Avenue, DOC#1417832E, Pittsburgh, PA 15219-3100 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024           Signature:      /s/Gustava Winters

Case 19-22111-JCM    Doc 121    Filed 08/29/24    Entered 08/30/24 00:31:09    Desc
Imaged Certificate of Notice    Page 9 of 9

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: pdf900 | Total Noticed: 59 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lauren Berschler Karl | on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com lbkarl03@yahoo.com |
| Michael J Shavel | on behalf of Creditor New Residential Mortgage LLC mshavel@hillwallack.com ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter D Friday | on behalf of Interested Party Nicholas Bandola pfriday@fridaylaw.com paralegals@fridaylaw.com |
| Peter D Friday | on behalf of Interested Party Peter D Friday pfriday@fridaylaw.com paralegals@fridaylaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Susan J. Pearlstein | on behalf of Debtor Kenneth R. Weber suemejp@gmail.com lp@ggvlaw.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 11