**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kenneth R. Weber<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8382<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–22111–JCM | |

# Order of Discharge                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Kenneth R. Weber
> aka Ken Weber, aka Kenneth Weber

10/17/24                                                         **By the court:** John C Melaragno
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-22111-JCM
Kenneth R. Weber     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　　Page 1 of 4
Date Rcvd: Oct 17, 2024　　　　　　　　　　　　　Form ID: 3180W　　　　　　　　　　　　　Total Noticed: 61

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth R. Weber, 2504 Sunset Dr., West Mifflin, PA 15122-3563 |
| intp | + | Nicholas Bandola, 713 Clearview Drive, Dravosburg, PA 15034-1024 |
| intp | + | Peter D Friday, Friday & Cox LLC, 1405 McFarland Rd., Pittsburgh, PA 15216, UNITED STATES 15216-2373 |
| 15117299 | + | Auto Owners Ins. Company A/S/O Weber, Kenneth J., Wilber & Associates, 210 Landmark Dr, Normal, IL 61761-2119 |
| 15458521 | + | Credit Acceptance Financial Services, Inc., 25505 West 12 Mile Road, #3000, Southfield, MI 48034-8331 |
| 15058485 | | Dietech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 15058489 | + | Kenneth J. Weber, Allegheny County Jail, 950 2nd Avenue, DOC#1417832E, Pittsburgh, PA 15219-3100 |
| 15058493 | + | Linda B. Schwartz, c/o J.J. Land Co., 5738 Baum Blvd., Pittsburgh, PA 15206-3781 |
| 15058496 | + | McQuarters Realty Co., 5701 Centre Ave. L6, Pittsburgh, PA 15206-3790 |
| 15058498 | + | Molly M. Gallo, 132 Sherman St., Lisbon, OH 44432-1030 |
| 15058499 | | National Enterprise Systems, 2749 Edison Blvd. Unit A, Twinsburg, OH 44087 |
| 15058500 | + | Nicholas Bandola, c/o G. Christopher Apsessos, Esquire, Friday & Cox LLC, 1405 McFarland Rd., Pittsburgh, PA 15216-2373 |
| 15072030 | + | Pidos Pub, 1129 Ravine St., Munhall, PA 15120-2140 |
| 15058505 | + | R. Sean O'Connell, Esq., Craig W. Beil, Esq., Robb Leonard Mulvihill, LLP, 500 Grant St. Suite 2300, Pittsburgh, PA 15219-2508 |
| 15058509 | + | Sears Security Operations, PO Box 6286, Sioux Falls, SD 57117-6286 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Oct 18 2024 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2024 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Oct 18 2024 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2024 23:50:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: ebnnotifications@creditacceptance.com | Oct 17 2024 23:49:00 | Credit Acceptance Corporation, 25505 W. Twelve Mile Road, PO Box 513, Southfield, MI 48037-0513 |
| cr | + Email/Text: RASEBN@raslg.com | Oct 17 2024 23:49:00 | Ditech Financial LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + Email/Text: kburkley@bernsteinlaw.com | Oct 17 2024 23:50:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + Email/Text: mtgbk@shellpointmtg.com | Oct 17 2024 23:49:00 | New Residential Mortgage LLC, c/o NewRez LLC |

Case 19-22111-JCM   Doc 124   Filed 10/19/24   Entered 10/20/24 00:28:01   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 17, 2024 | Form ID: 3180W | Total Noticed: 61 |

| | | | | |
|---|---|---|---|---|
| | | | | dba Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | EDI: PRA.COM | Oct 18 2024 03:43:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Oct 18 2024 03:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 17 2024 23:49:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15105882 | + | EDI: PHINAMERI.COM | Oct 18 2024 03:43:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15058479 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 17 2024 23:50:00 | Altran Financial, PO Box 4044, Concord, CA 94524-4044 |
| 15058480 | + | EDI: CITICORP | Oct 18 2024 03:43:00 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 15058481 | + | EDI: CAPITALONE.COM | Oct 18 2024 03:43:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15058483 | + | EDI: CAPITALONE.COM | Oct 18 2024 03:43:00 | Capital One Bank, PO Box 30277, Salt Lake City, UT 84130-0277 |
| 15058484 | + | EDI: CITICORP | Oct 18 2024 03:43:00 | CitiBank CitiCards, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 15098888 | + | EDI: CITICORP | Oct 18 2024 03:43:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15058486 | | EDI: PHINAMERI.COM | Oct 18 2024 03:43:00 | GM Financial Leasing, PO Box 181145, Arlington, TX 76096-1145 |
| 15058487 | ^ | MEBN | Oct 17 2024 23:50:48 | Hayt Hayt & Landau, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 15058488 | + | EDI: CITICORP | Oct 18 2024 03:43:00 | Home Depot, Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 15058491 | + | EDI: LENDNGCLUB | Oct 18 2024 03:42:00 | Lending Club, 595 Market St. #200, San Francisco, CA 94105-2802 |
| 15117277 | + | EDI: LENDNGCLUB | Oct 18 2024 03:42:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15058492 | | EDI: SYNC | Oct 18 2024 03:42:00 | Levin Furniture, Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 15058494 | | EDI: SYNC | Oct 18 2024 03:42:00 | Lowe's Synchrony Bank, Attention: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 15058495 | | EDI: SYNC | Oct 18 2024 03:42:00 | Lowe's Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 15092712 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2024 23:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15058497 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2024 23:50:00 | Midland Funding, 1 International Plaza 5th Floor, Philadelphia, PA 19113-1510 |
| 15099628 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 17 2024 23:49:00 | New Residential Mortgage LLC, c/o NewRez LLC dba Shellpoint Mortgage S, PO Box 10826, Greenville, SC 29603-0826 |
| 15156629 | | Email/Text: mtgbk@shellpointmtg.com | Oct 17 2024 23:49:00 | New Residential Mortgage, LLC, c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 15058503 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2024 23:49:00 | PNC Bank, 2730 Liberty Ave., DRU, P5-PCLC-01-J, Pittsburgh, PA 15222 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 17, 2024 | Form ID: 3180W | Total Noticed: 61 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15058501 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2024 23:49:00 | PNC Bank, Box 1820, Dayton, OH 45401 |
| 15058502 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2024 23:49:00 | PNC Bank, PO Box 3429, Pittsburgh, PA 15230 |
| 15058504 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2024 23:49:00 | PNC Bank, PO Box 609, Pittsburgh, PA 15230-9738 |
| 15098834 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2024 23:49:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 15098799 | | EDI: PRA.COM | Oct 18 2024 03:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15072031 | + | Email/Text: bankomail@wilbergroup.com | Oct 17 2024 23:49:00 | Pidos Pub (Auto Owners Insurance), C/O Wilber & Associates, 210 Landmark Drive, Normal, IL 61761-2119 |
| 15077078 | | EDI: Q3G.COM | Oct 18 2024 03:43:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15058508 | | EDI: CITICORP | Oct 18 2024 03:43:00 | Sears Mastercard, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 15058507 | + | EDI: CITICORP | Oct 18 2024 03:43:00 | Sears Mastercard, PO Box 6286, Sioux Falls, SD 57117-6286 |
| 15058510 | + | EDI: AISTMBL.COM | Oct 18 2024 03:42:00 | Sprint, Legal Department, PO Box 4600, Reston, VA 20195-1416 |
| 15058789 | ^ | MEBN | Oct 17 2024 23:51:30 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15058511 | + | EDI: SYNC | Oct 18 2024 03:42:00 | Synchrony Bank JCP, PO Box 965009, Orlando, FL 32896-5009 |
| 15058512 | | EDI: SYNC | Oct 18 2024 03:42:00 | Synchrony Bank/Mohawk, PO Box 965004, Orlando, FL 32896-5004 |
| 15058513 | | EDI: SYNC | Oct 18 2024 03:42:00 | Synchrony Home, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 15058514 | | Email/Text: bknotice@upgrade.com | Oct 17 2024 23:49:00 | Upgrade, 2 N. Central Ave. Floor 10, Phoenix, AZ 85004 |
| 15058515 | | EDI: SYNC | Oct 18 2024 03:42:00 | Walmart, Synchrony Bank, Atttention: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 15058516 | + | EDI: WFFC2 | Oct 18 2024 03:43:00 | Wells Fargo Bank, PO Box 522, Des Moines, IA 50306-0522 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 15058506 | | Sarah Weber, unknown |
| 15058482 | *+ | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15058490 | *+ | Kenneth J. Weber, Allegheny County Jail, 950 2nd Avenue, DOC#1417832E, Pittsburgh, PA 15219-3100 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 19-22111-JCM    Doc 124    Filed 10/19/24    Entered 10/20/24 00:28:01    Desc
Imaged Certificate of Notice    Page 6 of 6

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Oct 17, 2024 | Form ID: 3180W | Total Noticed: 61 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:

**Name**  **Email Address**

Denise Carlon
 on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com

Keri P. Ebeck
 on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lauren Berschler Karl
 on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com lbkarl03@yahoo.com

Michael J Shavel
 on behalf of Creditor New Residential Mortgage LLC mshavel@hillwallack.com ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Peter D Friday
 on behalf of Interested Party Nicholas Bandola pfriday@fridaylaw.com paralegals@fridaylaw.com

Peter D Friday
 on behalf of Interested Party Peter D Friday pfriday@fridaylaw.com paralegals@fridaylaw.com

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

S. James Wallace
 on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

Susan J. Pearlstein
 on behalf of Debtor Kenneth R. Weber suemejp@gmail.com lp@ggvlaw.com

William E. Craig
 on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 11