IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
KENNETH R. WEBER

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:19-22111

Chapter 13

Document No.: 118

ORDER OF COURT

AND NOW, this  17th  day of  October , 20 24 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:
_____ jlm
U.S. BANKRUPTCY JUDGE

SIGNED
10/17/24 11:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22111-JCM |
| Kenneth R. Weber | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Oct 17, 2024 | Form ID: pdf900 | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenneth R. Weber, 2504 Sunset Dr., West Mifflin, PA 15122-3563 |
| intp | + | Nicholas Bandola, 713 Clearview Drive, Dravosburg, PA 15034-1024 |
| intp | + | Peter D Friday, Friday & Cox LLC, 1405 McFarland Rd., Pittsburgh, PA 15216, UNITED STATES 15216-2373 |
| 15117299 | + | Auto Owners Ins. Company A/S/O Weber, Kenneth J., Wilber & Associates, 210 Landmark Dr, Normal, IL 61761-2119 |
| 15458521 | + | Credit Acceptance Financial Services, Inc., 25505 West 12 Mile Road, #3000, Southfield, MI 48034-8331 |
| 15058485 | | Dietech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 15058489 | + | Kenneth J. Weber, Allegheny County Jail, 950 2nd Avenue, DOC#1417832E, Pittsburgh, PA 15219-3100 |
| 15058493 | + | Linda B. Schwartz, c/o J.J. Land Co., 5738 Baum Blvd., Pittsburgh, PA 15206-3781 |
| 15058496 | + | McQuarters Realty Co., 5701 Centre Ave. L6, Pittsburgh, PA 15206-3790 |
| 15058498 | + | Molly M. Gallo, 132 Sherman St., Lisbon, OH 44432-1030 |
| 15058499 | | National Enterprise Systems, 2749 Edison Blvd. Unit A, Twinsburg, OH 44087 |
| 15058500 | + | Nicholas Bandola, c/o G. Christopher Apsessos, Esquire, Friday & Cox LLC, 1405 McFarland Rd., Pittsburgh, PA 15216-2373 |
| 15072030 | + | Pidos Pub, 1129 Ravine St., Munhall, PA 15120-2140 |
| 15058505 | + | R. Sean O'Connell, Esq., Craig W. Beil, Esq., Robb Leonard Mulvihill, LLP, 500 Grant St. Suite 2300, Pittsburgh, PA 15219-2508 |
| 15058509 | + | Sears Security Operations, PO Box 6286, Sioux Falls, SD 57117-6286 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 17 2024 23:49:00 | Credit Acceptance Corporation, 25505 W. Twelve Mile Road, PO Box 513, Southfield, MI 48037-0513 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 17 2024 23:49:00 | Ditech Financial LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Oct 17 2024 23:50:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Oct 17 2024 23:49:00 | New Residential Mortgage LLC, c/o NewRez LLC dba Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2024 00:14:04 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2024 00:12:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 17 2024 23:49:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15105882 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 17 2024 23:50:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15058479 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 17 2024 23:50:00 | Altran Financial, PO Box 4044, Concord, CA 94524-4044 |

Case 19-22111-JCM   Doc 125   Filed 10/19/24   Entered 10/20/24 00:28:01   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 17, 2024 | Form ID: pdf900 | Total Noticed: 59 |

| | | | |
|---|---|---|---|
| 15058480 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 00:11:01 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 15058481 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2024 23:59:45 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15058483 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2024 00:11:44 | Capital One Bank, PO Box 30277, Salt Lake City, UT 84130-0277 |
| 15058484 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 00:11:25 | CitiBank CitiCards, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 15098888 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 00:12:34 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 15058486 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 17 2024 23:50:00 | GM Financial Leasing, PO Box 181145, Arlington, TX 76096-1145 |
| 15058487 | ^ MEBN | Oct 17 2024 23:50:48 | Hayt Hayt & Landau, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 15058488 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 00:11:00 | Home Depot, Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 15058491 | + Email/Text: Documentfiling@lciinc.com | Oct 17 2024 23:49:00 | Lending Club, 595 Market St. #200, San Francisco, CA 94105-2802 |
| 15117277 | + Email/Text: Documentfiling@lciinc.com | Oct 17 2024 23:49:00 | LendingClub Corporation, 595 Market St, Suite 200, San Francisco, CA 94105-2802 |
| 15058492 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2024 00:11:32 | Levin Furniture, Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 15058494 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2024 00:14:32 | Lowe's Synchrony Bank, Attention: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 15058495 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2024 00:13:00 | Lowe's Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 15092712 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2024 23:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15058497 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2024 23:50:00 | Midland Funding, 1 International Plaza 5th Floor, Philadelphia, PA 19113-1510 |
| 15099628 | + Email/Text: mtgbk@shellpointmtg.com | Oct 17 2024 23:49:00 | New Residential Mortgage LLC, c/o NewRez LLC dba Shellpoint Mortgage S, PO Box 10826, Greenville, SC 29603-0826 |
| 15156629 | Email/Text: mtgbk@shellpointmtg.com | Oct 17 2024 23:49:00 | New Residential Mortgage, LLC, c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 15058503 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2024 23:49:00 | PNC Bank, 2730 Liberty Ave., DRU, P5-PCLC-01-J, Pittsburgh, PA 15222 |
| 15058501 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2024 23:49:00 | PNC Bank, Box 1820, Dayton, OH 45401 |
| 15058502 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2024 23:49:00 | PNC Bank, PO Box 3429, Pittsburgh, PA 15230 |
| 15058504 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2024 23:49:00 | PNC Bank, PO Box 609, Pittsburgh, PA 15230-9738 |
| 15098834 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2024 23:49:00 | PNC Bank, National Association, P.O. Box 94982, Cleveland, OH 44101 |
| 15098799 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2024 00:14:04 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15072031 | + Email/Text: bankomail@wilbergroup.com | Oct 17 2024 23:49:00 | Pidos Pub (Auto Owners Insurance), C/O Wilber & Associates, 210 Landmark Drive, Normal, IL 61761-2119 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 17, 2024 | Form ID: pdf900 | Total Noticed: 59 |

| | | | |
|---|---|---|---|
| 15077078 | Email/Text: bnc-quantum@quantum3group.com<br>Oct 17 2024 23:50:00 | | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15058508 | Email/PDF: Citi.BNC.Correspondence@citi.com<br>Oct 18 2024 00:11:48 | | Sears Mastercard, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 15058507 | + Email/PDF: Citi.BNC.Correspondence@citi.com<br>Oct 18 2024 00:12:41 | | Sears Mastercard, PO Box 6286, Sioux Falls, SD 57117-6286 |
| 15058510 | + Email/PDF: ais.tmobile.ebn@aisinfo.com<br>Oct 17 2024 23:58:04 | | Sprint, Legal Department, PO Box 4600, Reston, VA 20195-1416 |
| 15058789 | ^ MEBN<br>Oct 17 2024 23:51:31 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15058511 | + Email/PDF: ais.sync.ebn@aisinfo.com<br>Oct 17 2024 23:58:12 | | Synchrony Bank JCP, PO Box 965009, Orlando, FL 32896-5009 |
| 15058512 | Email/PDF: ais.sync.ebn@aisinfo.com<br>Oct 18 2024 00:12:59 | | Synchrony Bank/Mohawk, PO Box 965004, Orlando, FL 32896-5004 |
| 15058513 | Email/PDF: ais.sync.ebn@aisinfo.com<br>Oct 17 2024 23:59:53 | | Synchrony Home, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 15058514 | Email/Text: bknotice@upgrade.com<br>Oct 17 2024 23:49:00 | | Upgrade, 2 N. Central Ave. Floor 10, Phoenix, AZ 85004 |
| 15058515 | Email/PDF: ais.sync.ebn@aisinfo.com<br>Oct 18 2024 00:11:43 | | Walmart, Synchrony Bank, Atttention: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 15058516 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com<br>Oct 18 2024 00:12:20 | | Wells Fargo Bank, PO Box 522, Des Moines, IA 50306-0522 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| 15058506 | | Sarah Weber, unknown |
| 15058482 | *+ | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15058490 | *+ | Kenneth J. Weber, Allegheny County Jail, 950 2nd Avenue, DOC#1417832E, Pittsburgh, PA 15219-3100 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2024     Signature:     /s/Gustava Winters

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Oct 17, 2024 | Form ID: pdf900 | Total Noticed: 59

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lauren Berschler Karl | on behalf of Creditor Ditech Financial LLC lkarl@rascrane.com lbkarl03@yahoo.com |
| Michael J Shavel | on behalf of Creditor New Residential Mortgage LLC mshavel@hillwallack.com ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter D Friday | on behalf of Interested Party Nicholas Bandola pfriday@fridaylaw.com paralegals@fridaylaw.com |
| Peter D Friday | on behalf of Interested Party Peter D Friday pfriday@fridaylaw.com paralegals@fridaylaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Susan J. Pearlstein | on behalf of Debtor Kenneth R. Weber suemejp@gmail.com lp@ggvlaw.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 11